UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EDITH A. WOODS<br><br>Plaintiff,<br><br>v.<br><br>MARGUERITE ACAMPORA and<br>CITIGROUP GLOBAL MARKETS INC.<br><br>Defendants. | Case No. 08 Civ. 4854 (JES)(GWG)<br><br>**NOTICE OF APPEARANCE**<br><br>Electronically Filed |

PLEASE TAKE NOTICE that Matthew C. Plant of Bressler, Amery & Ross, P.C., hereby enters an appearance in the above-captioned matter as counsel for Defendant Citigroup Global Markets Inc.

DATED:   New York, New York
         June 4, 2008

BRESSLER, AMERY & ROSS, P.C.

By: _____
    Matthew C. Plant
    17 State Street, 34th Floor
    New York, New York 10004
    Tel 212-425-9300
    Fax 212-425-9337
    mplant@bressler.com
    Attorneys for Defendant
    Citigroup Global Markets Inc.

911754_1