AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 3, 2008 |
| NAME OF SERVER (PRINT) Elham Shatara | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Marguerite Acampora, 5430 Netherland Avenue, Riverdale, New York, a white female, 60, 5'4", 150 pounds, short brown hair.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 4, 2008            *Elham Shatara* (signature)
                    Date                        Signature of Server

                                        38 East 29th Street, New York CITY, NEW YORK
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.