| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>May 30, 2008 |
| NAME OF SERVER *(PRINT)*<br>John MacDOnald | TITLE<br>Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CITIGROUP Global Markets, Inc., 388 Greenwich Street, NYC, NY, Fern Strauss, a white female,60,5'4",160lbs, black hair.(Vice President)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 4, 2008
            *Date*              *Signature of Server*

38 East 29th Street, New York CITY New York
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.