Patrick S. Costello (PC-4243)
Michael J. Weiner (MW-2397)
SILVERMAN SCLAR SHIN & BYRNE, PLLC
381 Park Avenue South - Floor 16
New York, New York 10016
(212) 779-8600

Attorneys for Plaintiff Edith A. Woods

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X   Case No. 08 Civ. 4854 (JES) (GWG)

EDITH A. WOODS,

          Plaintiff,

       -against-

MARGUERITE ACAMPORA and
CITIGROUP GLOBAL MARKETS INC.,

          Defendants.

---------------------------------------------------X

**JURY DEMAND**

      Plaintiff EDITH A. WOODS ("WOODS") by her attorneys Silverman Sclar Shin & Byrne, PLLC, hereby demands trial by jury on all issues so triable.

Dated: New York, New York
       June 6, 2008

               Yours etc.,

               SILVERMAN SCLAR SHIN & BYRNE, PLLC

               BY: _____
                   PATRICK S. COSTELLO (PC-4243)
                   pcostello@silverfirm.com
                   MICHAEL J. WEINER (MW-2397)
                   mweiner@silverfirm.com