Patrick S. Costello (PC-4243)
Michael J. Weiner (MW-2397)
SILVERMAN SCLAR SHIN & BYRNE, PLLC
381 Park Avenue South - Floor 16
New York, New York 10016
(212) 779-8600

Attorneys for Plaintiff Edith A. Woods

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X   Case No. 08 Civ. 4854 (JES) (GWG)

EDITH A. WOODS,

                                     **CERTIFICATE OF SERVICE**

           Plaintiff,

          -against-

MARGUERITE ACAMPORA and
CITIGROUP GLOBAL MARKETS INC.,

          Defendants.

--------------------------------------------------X

        I, Michael J. Weiner, hereby certify that on June 6, 2008, I electronically filed the Plaintiff's **Jury Demand** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the attorneys for defendant Citigroup Global Markets, Inc. at the following electronic mail address:

        Matthew C. Plant, Esq. at mplant@bressler.com

        In addition, I served a copy of said document upon defendant Marguerite Acampora by mailing said document in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed as follows:

Marguerite Acampora
5430 Netherland Avenue C-13
Riverdale, New York 10471


Dated:  New York, New York
        June 6, 2008

                                        MICHAEL J. WEINER (MW-2399)
                                        mweiner@silverfirm.com