UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

EDITH A. WOODS,

                    Plaintiff,

          - against -                                    08 Civ. 4854 (JES)

MARGUERITE ACAMPORA and                                       **ORDER**
CITIGROUP GLOBAL MARKETS INC.

                    Defendants.

--------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/08
```

     Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on June 5, 2008, and the Court having considered all matters raised, it is

     **ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action shall be completed on or before September 5, 2008; and it is further

     **ORDERED** that a Pre-Trial Conference shall occur on September 9, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:     New York, New York
           June  / 0 , 2008

                                        John E. Sprizzo
                                   United States District Judge