UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDITH A. WOODS<br><br>    Plaintiff,<br><br>v.<br><br>MARGUERITE ACAMPORA and<br>CITIGROUP GLOBAL MARKETS INC.<br><br>    Defendants. | Case No. 08 Civ. 4854 (JES)(GWG)<br><br>**STIPULATION EXTENDING<br>TO ANSWER**<br><br>Electronically Filed |

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that the time within which defendant Citigroup Global Markets Inc. may answer or otherwise move with respect to Plaintiff's Complaint is extended up to and including July 2, 2008.

Dated: New York, New York
       June 18, 2008

SILVERMAN SCLAR SHIN & BYRNE PLLC

By: _____
Patrick S. Costello (PSC - 4243)
Michael J. Weinder (MJW - 2397)
381 Park Avenue South, 16th Floor
New York, New York 10016
Tel 212-779-8600
Fax 212-779-8858
pcostello@silverfirm.com
mweiner@silverfirm.com
Attorneys for Plaintiff
Edith A. Woods

BRESSLER, AMERY & ROSS, P.C.

By: _____
Matthew C. Plant (MCP - 0328)
17 State Street, 34th Floor
New York, New York 10004
Tel 212-425-9300
Fax 212-425-9337
mplant@bressler.com
Attorneys for Defendant
Citigroup Global Markets Inc.

So Ordered:

_____
Hon. John E. Sprizzo, U.S.D.J.

stipulation extending time to answer - woods (2)