UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDITH A. WOODS

    Plaintiff,

v.

MARGUERITE ACAMPORA and
CITIGROUP GLOBAL MARKETS INC.

    Defendants.

---

Case No. 08 Civ. 4854 (JES)(GWG)

**STIPULATION EXTENDING TO ANSWER**

Electronically Filed

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that the time within which defendant Citigroup Global Markets Inc. may answer or otherwise move with respect to Plaintiff's Complaint is extended up to and including July 16, 2008.

Dated: New York, New York
       June 27, 2008

SILVERMAN SCLAR SHIN & BYRNE PLLC

By: _____
   Patrick S. Costello (PSC - 4243)
   Michael J. Weinder (MJW - 2397)
   381 Park Avenue South, 16th Floor
   New York, New York 10016
   Tel 212-779-8600
   Fax 212-779-8858
   pcostello@silverfirm.com
   mweiner@silverfirm.com
   Attorneys for Plaintiff
   Edith A. Woods

BRESSLER, AMERY & ROSS, P.C.

By: _____
   Matthew C. Plant (MCP - 0328)
   17 State Street, 34th Floor
   New York, New York 10004
   Tel 212-425-9300
   Fax 212-425-9337
   mplant@bressler.com
   Attorneys for Defendant
   Citigroup Global Markets Inc.

So Ordered:

_____
Hon. John E. Sprizzo, U.S.D.J.

stipulation extending time to answer - woods (3)