```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
EDITH A. WOODS,

                    Plaintiff,

     - against -                              08 Civ. 4854 (JES)

MARGUERITE ACAMPORA and                       ORDER
CITIGROUP GLOBAL MARKETS INC.,

                    Defendants.
------------------------------------------X
```

All parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on June 5, 2008, and defendant Acampora having failed to file an Answer to plaintiff's Complaint, and plaintiff having sought leave of the Court to Submit a Motion for Default Judgment, and the Court having considered all matters raised, it is

**ORDERED** that defendant Acampora shall file an Answer to plaintiff's Complaint on or before August 8, 2008; and it is further

**ORDERED** that, if defendant Acampora does not file an Answer to plaintiff's Complaint, plaintiff shall be and hereby is granted leave to submit her Motion for Default Judgment on or before August 22, 2008; and it is further

**ORDERED** that plaintiff shall serve both such Motion and a copy of this Order upon defendant Acampora by certified mail at defendant Acampora's last known address; and it is further

**ORDERED** that defendant Acampora shall respond to plaintiff's Motion on or before September 12, 2008; and it is further

**ORDERED** that the Pre-Trial Conference previously scheduled for September 9, 2008 shall be and hereby is adjourned to October 14, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         July  25 , 2008

                                          _____
                                              John E. Sprizzo
                                          United States District Judge