■ ■ ■

## SILVERMAN SCLAR SHIN & BYRNE PLLC

381 PARK AVENUE SOUTH
16TH FLOOR
NEW YORK, NY 10016
212.779.8600
Facsimile: 212.779.8858

Writer's Direct Dial No.
E-mail:            @silverfirm.com

August 21, 2008

**By Hand Delivery**

Hon. John E. Sprizzo
U.S. District Court, Southern District
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    Edith A. Woods v. Marguerite Acampora and
           Citigroup Global Markets Inc.
           Case No.:    08 CV 4854
           Our File No.:  1963.000

Dear Judge Sprizzo:

      We represent the Plaintiff Edith A. Woods ("Ms. Woods") with respect to the above captioned matter.

      Enclosed please find the Stipulation of Discontinuance without prejudice between Ms. Woods and the Defendant, Citigroup Global Markets Inc., ("Citigroup").

      On July 25, 2008 we spoke with your Honor's Law Clerk, Diana Davidian, Esq., advising that the Defendant, Marguerite Acampora ("Ms. Acampora"), had not appeared or served an answer in the herein matter.  We were advised at that time that your chambers would communicate with Ms. Acampora advising her of her default.  On or about July 31, 2008 our office received an answer from Ms. Acampora, Pro-Se (copy enclosed).  Certain denials in Ms. Acampora's Answer make it necessary to take her deposition, and potentially the deposition(s) of a representative(s) from Citigroup.  Your Honor has directed that all discovery is to be completed by September 5, 2008 and scheduled a pre-trial conference for September 9, 2008. Therefore, in light of the late answer by Ms. Acampora we request an adjournment of the discovery end date through November 5, 2008, as well as an adjournment of the pre-trial conference to a date after November 5, 2008.

■ ■ ■

SILVERMAN SCLAR SHIN & BYRNE PLLC

Hon. John E. Sprizzo
August 21, 2008
Page 2

Thank you for your courtesy and consideration of this matter.

*[Handwritten: All discovery is to be completed by November 25, 2008. The Pre-Trial Conference previously scheduled for October 14, 2008 shall be and hereby is adjourned to November 25, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl St.]*

Respectfully Submitted,

*Patrick S. Costello*
Patrick S. Costello

So Ordered: *8/25/08*

*[Signature]* for

Hon. John E. Sprizzo, U.S.D.J.

Enclosure.

PSC:ml

cc:  Matthew C. Plant, Esq. (With Enclosure)
     Bressler, Amery & Ross, P.C.
     Attorneys for Defendant
     Citigroup Global Markets Inc.,
     17 State Street, 34th Floor
     New York, New York 10004
     mplant@bressler.com
     (Via E-Mail)

     Marguerite Acampora (With Enclosure)
     Pro-Se
     5430 Netherland Avenue C-13
     Riverdale, NY 10471
     (Via Certified and First Class Mail)

250536-1